**STATE of Missouri, Respondent,**

**v.**

**Jesse J. PATINO, Appellant.**

**WD 80013**

Missouri Court of Appeals, Western District.

Filed: December 19, 2017

Christian Lehmberg, Columbia, for appellant.

Mary H. Moore, Jefferson City, for respondent.

Before Division Three: Lisa White Hardwick, Presiding Judge, Victor C. Howard and Alok Ahuja, Judges

**ORDER**

Per Curiam

Jesse Patino appeals his conviction for felony child endangerment. He contends there was insufficient evidence to support his conviction. Upon review of the briefs and the record, we find no error and affirm the judgment. Because a published opinion would serve no jurisprudential purpose, we have provided the parties with

a Memorandum explaining the reasons for our decision.

AFFIRMED. Rule 30.25(b)